## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY L. DIAMOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CA 19-952-CG-MU** |
| | ) | |
| **FAULKNER UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**, prior to service of process, because Plaintiff's Complaint fails to contain a short and plain statement of the basis of this Court's jurisdiction and fails to state a claim upon which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** that Plaintiff is extended leave to file an amended complaint by not later than January 27, 2020, *see Butler v. Morgan,* 562 Fed.Appx. 832, 835 (11th Cir. Apr. 3, 2014) (finding that a district court must grant a plaintiff at least one opportunity to amend his complaint before dismissal, even if the plaintiff never seeks leave to amend, if it appears that the filing of an amended complaint might cure noted deficiencies); however, Plaintiff is specifically cautioned that he must supply additional information to satisfy this Court that it may exercise subject-matter jurisdiction and that he has a plausible claim for relief against

Faulkner University.[1]

**DONE and ORDERED** this 13th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1]Indeed, in any amended complaint, Plaintiff, at a minimum **SHALL**: (1) state the basis of this Court's jurisdiction and specifically state that his action is brought pursuant to 42 U.S.C. § 1983; (2) state the federal constitutional or statutory right being violated by state or local officials; (3) explain how Faulkner University acted under color of state or local law; (4) attach any relevant emails and a copy of any caselaw or statute which prohibits colleges and universities from asking applicants whether they have felony convictions; (5) again state all facts/events/dates relevant to his claim. However, if Plaintiff wishes to proceed against Faulkner University but not in accordance with § 1983, any amended complaint must contain a short and plain statement of the basis of the court's jurisdiction as well as a short and plain statement of the claim showing that he is entitled to relief (including, what his exact claim is and all facts and circumstances giving rise to his claim).